# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

DORIS COLE,  )
         *Plaintiff(s)* )
  v.  ) Case Number: 3:08-cv-217-PMF
THE KROGER CO., et. al.,  )
         *Defendant(s)* )

## JUDGMENT IN A CIVIL ACTION

The Court has ordered that:

☐ Plaintiff, recover from the Defendant, the amount of $, which includes prejudgment interest at the rate of %, plus postjudgment interest at the rate of %, along with costs.

☐ Plaintiff recover nothing, the action be dismissed on the merits, and the Defendant recover costs from the Plaintiff.

☒ other:   Kroger Co.'s Motion for Voluntary Dismissal Without Prejudice is granted and Third-Party Defendant Phillip M. Kimmel Trust is dismissed;

Plaintiff Doris Cole's claim against defendants Kroger Co. and Bromont Property management, LLC has been settled and the claim is dismissed with prejudice;

Judgment is entered in favor of Kroger Co. on Count I of its amended third party complaint for indemnification against BP Carbondale in the amount of $5,000;

Judgment is entered in favor of third party defendants Bromont Developments, LLC, Bromont Development Group, LLC, and Bromont Investments, Inc., on Count I of Kroger Co.'s amended third party complaint for indemnification and against Kroger Co.; and

Count II of Kroger Co.'s amended third party complaint for contribution is dismissed as moot.

This action was:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.

☐ tried by Judge without a jury, and the above decision was reached.

☒ decided by Judge Philip M. Frazier on a motion for summary judgment.

☒ other: Plaintiff Doris Cole's claim against defendants The Kroger Co. and Bromont Property was settled.

**Dated: May 24, 2011.**

NANCY J. ROSENSTENGEL, Clerk

s/ Karen R. Metheney
 Deputy Clerk

APPROVED:

s/ *Philip M. Frazier*
**HON. PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**